UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO RIOS-SILVA,<br><br>                         Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LaROSE, Warden, Otay Mesa Detention Center,<br><br>                         Respondent. | Case No.:  26-cv-2417-RSH-BJW<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS** |

On April 15, 2026, petitioner Roberto Rios-Silva filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (the "Petition"). ECF No. 1. Petitioner appears to allege that after being granted immigration parole, he was unlawfully re-arrested and detained. *Id.* at 2, 6. Petitioner seeks his release on the conditions of his prior parole. *Id.* at 7.

Respondents do not oppose. ECF No. 4 at 3.

//

//

//

//

//

1

Accordingly, the Petition is **GRANTED**. Within *one business day of the date of this order*, Respondents shall release petitioner Roberto Rios-Silva from immigration custody under the terms of his prior parole notice. This order does not constrain Respondents' ability to impose or modify appropriate conditions of release.

**IT IS SO ORDERED**.

Dated: April 24, 2026

_____
Hon. Robert S. Huie
United States District Judge

2

26-cv-2417-RSH-BJW